UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVIISON

UNITED STATES OF AMERICA,

    Plaintiff,

v.

EBEN GRAY II,

    Defendant.

Case: 4:24-cr-20019
Judge: Behm, F. Kay
MJ: Ivy, Curtis
Filed: 01-10-2024

## INDICTMENT

**THE GRAND JURY CHARGES**:

### COUNT ONE
**Possession of a Machinegun**
**(18 U.S.C. § 922(o)(1))**

On or about December 17, 2023, in the Eastern District of Michigan, Eben Gray, knowingly possessed a machinegun, that is, a Glock Model 19, 9mm caliber, handgun containing a machinegun conversion device, also known as a "Glock switch," that converted the firearm to shoot automatically more than one shot, without manual reloading, by a single function of the trigger, in violation of Title 18, United States Code, Sections 922(o)(1) and 924(a)(2).

## FORFEITURE ALLEGATIONS

The allegations contained in Count One of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture. Pursuant to Fed.R.Cr.P. 32.2(a), the government hereby gives notice to the defendant of its intention to seek forfeiture of all proceeds of the alleged violations, direct or indirect, or property traceable thereto; all property that facilitated the commission of the violations alleged, or property traceable thereto; all property involved in, or property traceable to, the violations alleged in this Indictment.

**THIS IS A TRUE BILL.**

DAWN N. ISON  
United States Attorney

s/GRAND JURY FOREPERSON

s/TIMOTHY M. TURKELSON  
TIMOTHY M. TURKELSON (P53748)  
Assistant United States Attorney  
600 Church Street, Suite 210  
Flint, MI 48502  
Telephone number: (810) 766-5177  
Timothy.turkelson@usdoj.gov

s/ANTHONY P. VANCE  
ANTHONY P. VANCE (P61148)  
Assistant United States Attorney  
Chief, Branch Offices

Dated: January 10, 2024

Companion Case information MUST be completed by AUSA and initialed.

| United States District Court<br>Eastern District of Michigan | **Criminal Case Cover Sheet** | Case Number |
|---|---|---|

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to complete it accurately in all respects.

## Companion Case Information

This may be a companion case based upon LCrR 57.10 (b)(4)[1]:

☐ Yes     ☑ No

Case: 4:24-cr-20019
Judge: Behm, F. Kay
MJ: Ivy, Curtis
Filed: 01-10-2024

**Case Title:** USA v. EBEN GRAY, II

**County where offense occurred:** GENESEE

**Check One:**     ☑ Felony          ☐ Misdemeanor          ☐ Petty

____Indictment/____Information --- no prior complaint.
_X_ Indictment/____Information --- based upon prior complaint [Case number: 23-mj-30502]
____Indictment/____Information --- based upon LCrR 57.10 (d) *[Complete Superseding section below]*.

## Superseding Case Information

**Superseding to Case No:** _____     **Judge:** _____

☐ Original case was terminated; no additional charges or defendants.
☐ Corrects errors; no additional charges or defendants.
☐ Involves, for plea purposes, different charges or adds counts.
☐ Embraces same subject matter but adds the additional defendants or charges below:

| **Defendant name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|

Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.

January 10, 2024
_____
Date

Timothy Turkelson
Assistant United States Attorney
210 Federal Building
600 Church Street
Flint, Michigan 48502
Telephone: (810) 766-5177
Email: Timothy.Turkelson@usdoj.gov
P53748

---

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.

03/11/2013